IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,            )
                          Plaintiff,  )
                                      )
        vs.                           )        Case No.  10-40048-01-RDR
                                      )
ERIC C. ZAHN,                         )
                          Defendant.  )
_____)

## ORDER FOR CONTINUANCE

**NOW** on this 16th day of March, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the defendant for an order continuing the sentencing hearing currently scheduled on March 25, 2011 for six (6) months.  The Court,  after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the sentencing hearing, and that the motion should therefore be sustained.

        **IT IS THEREFORE ORDERED** that the sentencing hearing be continued.  The sentencing hearing is hereby rescheduled to September 23, 2011 at 10:00 a.m.

                                s/Richard D. Rogers
                                United States District Judge